UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

IN RE:      Application for Exemption
from the Electronic Public Access Fees      2:17-mc-92-NT
by Brian Johnson, Applicant

## ORDER

This matter is before the Court upon a request by Dr. Brian Johnson for an exemption from the fees imposed by the Electronic Public Access Fee Schedule adopted by the Judicial Conference of the United States Courts. Pursuant to the Electronic Public Access (EPA) Fee Schedule, courts may exempt certain individuals or groups when the applicant demonstrates that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Dr. Johnson's request does not provide enough information for this Court to determine whether an exemption is necessary. Therefore, the Court hereby reserves decision on the application and orders Dr. Johnson to provide the Court with additional information in support of his request no later than May 20, 2017.

Dated this 1st day of May, 2017.

/s/NANCY TORRESEN
U.S. Chief District Judge